Petition for Writ of Mandamus Denied and Memorandum Opinion filed March
23, 2006









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed March 23, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00172-CV

____________

 

 

IN RE PHILLIP LIGHTFOOT, Relator

 

 

______________________________________________

 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

_______________________________________________

 

M E M O R A N D U M   O
P I N I O N

On March 3, 2006, relator filed a petition for
writ of mandamus in this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition, relator asked this court to
compel the Honorable Mark Davidson, presiding judge of the 11th Judicial
District Court of Harris County, to set aside his ruling severing the issue of
statute of limitations, specifically, the issue of whether relator used due diligence
in serving process on the real party in interest pursuant to chapter 21.254 of
the labor code, from the remaining issues in his discrimination lawsuit.








Relator has not established that he is entitled to mandamus
relief because he has an adequate remedy at law in the form of an appeal should
he not prevail on the limitations issue. 
See In Re AIU Insurance Company, 148 S.W.3d 109, 119 (Tex.
2004); see also Roberts v. Padre Island Brewing Co., Inc. (Tex. App.CCorpus Christi 2000, pet. ref=d). 
Accordingly, we deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed March 23, 2006.

Panel consists of
Chief Justice Hedges, Justices Yates and Guzman.